UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY CO.,

    Plaintiffs,

vs.

CHWR, LLC. d/b/a SMART RIDE WINDSHIELD REPAIR, ANDREW BAKER, GERALD SALKO, LAWRENCE TENEBAUM, MICHAEL MERYASH, BAUMER GROUP, LLC, STEALING HOME, LLC, and REKABA LLC,

    Defendants.
_____/

Case No.: 19-cv-02335-MSS-JSS

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, Plaintiffs give notice that the parties have reached a settlement that will completely resolve this case.  The parties are preparing formal settlement documents, and anticipate making appropriate filings seeking the dismissal with prejudice of this case within twenty (20) days, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ John P. Marino*
John P. Marino (FBN 814539)
Lindsey R. Trowell (FBN 678783)
Kristen L. Wenger (FBN 92136)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Phone:  (904) 598-6100
Facsimile:  (904) 598-6204
ltrowell@sgrlaw.com
jmarino@sgrlaw.com
kwenger@sgrlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on March 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to the counsel of record in this case.

*/s/ John P. Marino*
Attorney