IN THE UNITED STATES DISTRICT COURT
IN AND FOR MIDDLE DISTRICT / TAMPA DIVISION

CIRCUIT CIVIL DIVISION
CASE NO.: 8:19-CV-02335

GEICO INDEMNITY CO.

*Plaintiffs,*

v.

SMART RIDE, ET AL.

*Defendant.*
_____/

## MEDIATOR'S REPORT TO COURT

Please be advised that the above styled has been successfully resolved as a result of mediation efforts from December 1, 2019 through March 5, 2020. The attorneys of record are in the process of concluding their settlement documents after which they will be submitting their dismissal documents. Please note the attorneys of record have done an outstanding job of achieving resolution while representing the best interests of their clients. I appreciate the opportunity to have been of service to the parties, their counsel, and the court

Respectfully submitted,

Rodney A. Max

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 9 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

_____
RODNEY A. MAX

**UPCHURCH WATSON WHITE & MAX**
**MEDIATION GROUP**
[rmax@uww-adr.com](mailto:rmax@uww-adr.com)
800-264-2622