UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY
CO., GEICO GENERAL INSURANCE
COMPANY, and GEICO CASUALTY
CO.,

    Plaintiffs,

v.                                             Case No: 8:19-cv-2335-MSS-JSS

CHWR, LLC. d/b/a SMART RIDE
WINDSHIELD REPAIR, ANDREW
BAKER, GERALD SALKO, LAWRENCE
TENEBAUM, MICHAEL MERYASH,
BAUMER GROUP, LLC, STEALING
HOME, LLC, and REKABA LLC,

    Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 6, 2020, Plaintiffs filed a Notice of Settlement, informing the Court that the above-captioned case was settled. (Dkt. 18) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of March, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party